Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

RECEIVED OCT - 1 2009
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED SEP 2 5 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: DANNY A. ROURICK SR.

Debtor(s)

Case No: 04-40755 LT 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $6.77 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 04-40755 LT 13 | DANNY A. ROURICK SR<br>1337 PEARL ST #C<br>ALAMEDA, CA 94501 | DEBTOR | $6.77 |
| | Total Unclaimed Dividends | | $ 6.77 |

Dated: September 22, 2009

*Martha G. Bronitsky*
Martha G. Bronitsky, Chapter 13 Trustee

Case: 04-40755   Doc# 32   Filed: 09/25/09   Entered: 10/01/09 16:31:28   Page 1 of 1